■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER YOUNG, Appellant. [948 NYS2d 841]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Carni and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL MCNEAR, Appellant. [948 NYS2d 841]—Motion for reargument granted, and upon reargument, the coram nobis motion is denied. Present—Scudder, P.J., Fahey, Carni, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMAR SULLIVAN, Appellant. [948 NYS2d 841]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Carni and Lindley, JJ.